## Gordon, Secretary of Banking, *v.* Mitchell, Appellant.

Argued November 29, 1935. Before FRAZER, C. J., KEPHART, SCHAFFER, DREW, LINN and BARNES, JJ.

*Graham C. Woodward,* for appellant.

*Gerald F. Flood, Bernard J. Kelley,* Special Deputy Attorneys General, and *Charles J. Margiotti,* Attorney General, for appellee, were not heard.

PER CURIAM, January 6, 1936:

The opinion filed in this case by President Judge STERN of the court below, who presided at the trial, correctly disposes of all questions involved in the appeal and is hereby adopted by us in affirming the judgment.

Judgment affirmed.